IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-129-RLV-DCK

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POWER TRANSMISSION SERVICES, )<br>INC., d/b/a BOSS BEARING, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by Frank W. Leak, Jr., Esq., concerning David F. Tamaroff, Esq., on July 28, 2017. Mr. Tamaroff seeks to appear as counsel *pro hac vice* for Plaintiff Voit Technologies, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. David F. Tamaroff, Esq. is hereby admitted *pro hac vice* to represent Plaintiff Voit Technologies, LLC.

**SO ORDERED**.

Signed: July 28, 2017

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge